UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Corey Sipkin Photography LLC,

    Plaintiff,

v.

Shadow League Digital, LLC,

    Defendant.

Case No: 1:24-cv-04628-NRB

## [PRO~~P~~OSED] DEFAULT JUDGMENT

**WHEREAS,** this matter came before the Court on the motion of Plaintiff Corey Sipkin Photography LLC ("*Plaintiff*") for entry of a default judgment against the defendant Shadow League Digital, LLC ("*Defendant*") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and

**WHEREAS,** Plaintiff filed its motion for entry of default judgment seeking $6,950.00 in statutory damages for copyright infringement, $1,860.00 in attorneys' fees, and $494.00 in costs plus interest; and

**WHEREAS,** Defendant has not filed any opposition to Plaintiff's motion for default judgment; and

**WHEREAS** the Court scheduled a hearing for Plaintiff's motion on ~~_____~~, *NKB* and ~~Defendant failed to appear; it is therefore now~~

**ORDERED ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); and it is further

**ORDERED** that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; and it is further

**ORDERED** that Defendant shall pay $6,950.00 [*handwritten: 4,170*] in statutory damages under 17 U.S.C. § 504(c); and it is further [*initialed: NRB*]

**ORDERED** that Defendant shall pay $1,860.00 in attorneys' fees and $494.00 in costs pursuant to 17 U.S.C. § 505 and Fed.R.Civ.P 54(d); and it is further

**ORDERED** that pursuant to 17 U.S.C. § 502(a) Defendant is hereby enjoined from continuing to store or display Plaintiff's Photograph as is set forth in the Complaint; and it is further

**ORDERED**, that Defendant shall pay post-judgment interest under 28 U.S.C.A. § 1961; and it is further

**ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is further

~~**ORDERED** that this case is closed, and the Clerk of the Court shall remove it from the docket of the Court.~~ [*initialed: NRB*]

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated: March 11, 2025

SO ORDERED.

*/s/ Naomi Reice Buchwald*
Naomi Reice Buchwald
United States District Judge

[*handwritten:*] ORDERED that the Clerk of Court should enter judgment in favor of the plaintiff in the sum $6,524.00.